IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00978-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF MARTIN,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 4, 2013.**

In light of the Notice of Settlement filed by the Plaintiff, the Scheduling Conference set for October 8, 2013, is **vacated**. The parties shall file dismissal papers with the Court on or before October 21, 2013.