# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00978-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF MARTIN,

    Defendant.

                                      /

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JEFF MARTIN

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Jeff Martin ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Jeff Martin was assigned the IP Address 174.51.147.5. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Jeff Martin has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 21, 2013                Respectfully submitted,

                                                            By:   /s/ *Jason A. Kotzker*
                                                            Jason A. Kotzker
                                                           Jason@klgip.com
                                                          KOTZKER LAW GROUP
                                                         9609 S. University Blvd. #632134
                                                        Highlands Ranch, CO  80163
                                                         Phone:  303-875-5386
                                                         *Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By:  /s/ *Jason A. Kotzker*_____
                                          Jason A. Kotzker